March 10, 2015



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## IN THE INTEREST OF T.R.M. AKA E. T.M., AND T.J.W AKA T.W., CHILDREN,

NO. 14-14-00773-CV

_____

This cause, an appeal from a judgment terminating parental rights signed September 4, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.